*Order Entered June 24, 1986:*

SPADA v PAULEY, No. 78137. The certification by the Court of Appeals pursuant to Administrative Order 1984-2 that its decision in this case conflicts with its decision in *McFetridge v Chiado,* 116 Mich App 528 (1982), is considered and, in the absence of an application for leave to appeal, the Supreme Court declines to take further consideration of the question presented. Reported below: 149 Mich App 196.

*Superintending Control Granted July 23, 1986:*

DETROIT EDISON COMPANY v COURT OF APPEALS, No. 77680. The Court of Appeals is directed to reissue the opinion of the panel which decided this matter, and all time limits for further appeal shall be calculated from the date of reissuance. Jurisdiction is not retained.

*Remanded for Further Proceedings July 23, 1986:*

DETROIT FREE PRESS v RECORDER'S COURT JUDGE, No. 77734. In lieu of granting leave to appeal, this matter is remanded to the Court of Appeals for the scheduling of argument and the issuance of an opinion thereafter addressing the plaintiff's claims with regard to the occasions involving the closure of proceedings in Recorder's Court No. 84-02993. No further consideration need be given to plaintiff's claims with regard to future cases. On remand, the Court of Appeals may, if it deems necessary, order the production of relevant transcripts and provide for safeguards, if necessary, for their inspection. MCR 7.302(F)(1). In all other respects leave to appeal is denied. Jurisdiction is not retained.

*Order Entered July 28, 1986:*

CURRY v JACKSON CIRCUIT COURT and GRASFEDER v JACKSON CIR-CUIT JUDGE, Nos. 78702, 78703. The certification by the Court of Appeals pursuant to Administrative Order 1984-2 that its decision in these cases conflicts with its decision in *Paprocki v Jackson Co Clerk,* 142 Mich App 785 (1985), is considered and, in the absence of an application for leave to appeal, the Supreme Court declines to take further consideration of the question presented. Reported below: 151 Mich App 754.

*Rehearing Denied August 1, 1986:*